AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CYBOENERGY, INC., a Delaware Corporation,<br><br>*Plaintiff(s)*<br>v.<br>NORTHERN ELECTRIC POWER TECHNOLOGY, INC., a company existing under the laws of England and Wales,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  3:21-cv-8534-TSH<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NORTHERN ELECTRIC POWER TECHNOLOGY, INC..

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Susan S.Q. Kalra, CA SBN167940
Email: susan@m-iplaw.com
MAHAMEDI IP LAW LLP
910 Campisi Way, Suite 1E
Campbell, CA 95008
Telephone: (408) 236-6640

*SERVICE RETURN ATTACHED*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

ACTING CLERK OF COURT
KATHLEEN M. SHAMBAUGH

*Signature of Clerk or Deputy Clerk*

Date: November 3, 2021

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-08534-TSH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____      _____
Server's signature

SERVICE RETURN ATTACHED

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of California

Case Number: 3:21-CV-8534-TSH

Plaintiff:
Cyboenergy, Inc., a Delaware Corporation,
vs.
Defendant:
Northern Electric Power Technology, Inc., a company existing under the laws of England and Wales

For: Ramey & Schwaller, LLP

Received by ATX Process, LLC on the 12th day of November, 2021 at 9:40 am to be served on **Northern Electric Power Technology, Inc.** by serving any authorized person, nep, 2570 N 1st St, Suite 200, San Jose, Santa Clara County, CA 95131. I, _Gabriel Aragon_, do hereby affirm that on the _15th_ day of _November_ 2021 at _1:3_ p.m., executed service by delivering a true copy of the Summons in a Civil Action; Plaintiff's Original Complaint for Patent Infringement (35 U.S.C. § 271) Jury Trial Demanded; Exhibit A and Exhibit B in accordance with state statutes in the manner marked below:

(✓) CORPORATE SERVICE: By delivering to _Mr Aaron_ (individual accepting) as _general Manager_ (title), at _2590 N 1st st ste 200_ (street), _San Jose_ (city), _CA_ (state) _95131_ (zip code) _Santa Clara_ (county).

( ) PUBLIC AGENCY: By delivering to _____(individual accepting) as _____ (title) of the within-named agency at _____ (street), _____(city), _____(state) _____(zip code) _____ (county).

( ) SUBSTITUTE SERVICE: By delivering to _____ (individual accepting) as _____ (relationship/title) at _____ (street), _____(city), _____(state) _____(zip code) _____ (county).

( ) GOVERNMENT AGENCY: By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____(city), _____(state) _____(zip code) _____ (county).

( ) NON SERVICE: For the reason detailed in the comments below.

COMMENTS: _____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

PROCESS SERVER # _1673_
Appointed in accordance with State Statutes

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: 2021012199
Ref: Cyboenergy, Inc. v Northern Electric Pwr