UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CyboEnergy, Inc.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Northern Electric Power Technology, Inc.,<br><br>　　　　Defendant. | Case No. 21-cv-08534-SI<br><br>**NOTICE OF APPOINTMENT OF EVALUATOR** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> Ronald S. Lemieux
> Squire Patton Boggs LLP
> 1801 Page Mill Road, Suite 110
> Palo Alto, CA 94304-1216
> 650-843-3330
> ronald.lemieux@squirepb.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5, which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-4 or the court order referring this action to ENE.

Notice of Appointment of Evaluator
21-cv-08534-SI

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: 4/27/2022

MARK B. BUSBY
Clerk of Court
by:  Alice M. Fiel

_____
ADR Program Case Administrator
415-522-3148
alice_fiel@cand.uscourts.gov

Notice of Appointment of Evaluator
21-cv-08534-SI