Susan S.Q. Kalra, CA SBN 167940
Email: susan@m-iplaw.com
MAHAMEDI IP LAW LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (408) 236-6640
Fax: (408) 236-6641

William P. Ramey, III  *(pro hac vice)*
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 900-4941

*Attorneys for Plaintiff*
CYBOENERGY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYBOENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> NORTHERN ELECTRIC POWER TECHNOLOGY, INC., <br><br> Defendant. | Case No.:   3:21-cv-08534-SI <br><br> **UNOPPOSED MOTION TO DISMISS CLAIMS ASSERTED FOR U.S. PATENT NO. 9,331,489** |

CyboEnergy, Inc. ("CyboEnergy") files this Motion to Dismiss Claims Asserted for U.S. Patent 9,331,489 (the "'489 patent"). Plaintiff has conferred with counsel for Northern Electric Power Technology, Inc. ("NEP") and they are unopposed. The claim for infringement of U.S. Patent No. 8,786,133 ("the '133 patent") remains (referred to as the "Patent-in-Suit").

Dated: June 24, 2022

Respectfully submitted,

MAHAMEDI IP LAW LLP

/s/ Susan S.Q. Kalra
Susan S.Q. Kalra, CA SBN 167940
Email: susan@m-iplaw.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (408) 236-6640
Fax: (408) 236-6641


RAMEY LLP

/s/ William P. Ramey, III
William P. Ramey, III (*pro hac vice*)
Email: wramey@rameyfirm.com
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

***Attorneys for Plaintiff***
CYBOENERGY, INC.

MOT. TO DISMISS CLAIMS FOR U.S. PAT. NO. 9,331,489 – CASE NO. 3:21-CV-08534-SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2022, the foregoing document was filed electronically through the Court's Electronic Case Filing System. Service on this date of the public copy of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's Electronic Case Filing System on this date.

/s/ Susan S.Q. Kalra
Susan S.Q. Kalra

MOT. TO DISMISS CLAIMS FOR U.S. PAT. NO. 9,331,489 – CASE NO. 3:21-CV-08534-SI